

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| STATE OF TEXAS HEALTH and HUMAN SERVICES COMMISSION, | § | No. 08-23-00060-CV |
| | § | Appeal from |
| Appellant, | § | County Court at Law No. 6 |
| v. | § | of El Paso County, Texas |
| VANESSA QUINTERO, | § | (TC# 2022DCV2056) |
| Appellee. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order denying HHSC's plea to the jurisdiction and render judgment dismissing Quintero's claims against HHSC for lack of subject-matter jurisdiction.

We further order that Appellant recover from Appellee all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 10TH DAY OF OCTOBER, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.